**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

PANTHER MOUNTAIN LAND
DEVELOPMENT, LLC; BARRY K.
KELLERMAN; and DAN M. KELLERMAN
PLAINTIFFS

v. No. 4:12MC00027 JLH

NATIONAL BANK OF ARKANSAS DEFENDANT

## ORDER

This is an adversary proceeding commenced in bankruptcy court in which both parties have requested that the reference be withdrawn. The plaintiffs stated in paragraph 3 of their complaint in the adversary proceeding that they wish the reference be withdrawn and that the case be tried to a jury in district court. The defendant responded by filing a motion to withdraw the reference and for abstention. After filing the motion, the defendant withdrew the request for abstention. The motion to withdraw the reference and for abstention is granted in part and denied in part. Document #1. The motion to withdraw the reference is granted. The motion for abstention is denied as moot. The Court directs the Clerk to close the miscellaneous case that was opened when the motion to withdraw the reference was filed and to open a new civil action for the adversary proceeding that was initially commenced in bankruptcy court.

IT IS SO ORDERED this 2nd day of October, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE